**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUN GUO,

                Plaintiff,

-against-                      23 **CIVIL** 0119(DEH)(SN)

**JUDGMENT**

MARJORIE MAE PERRY

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2025, Defendants motion to dismiss Plaintiff's Complaint is GRANTED pursuant to Rule 12(b)(6). Accordingly, the case is closed.

**Dated:** New York, New York

    April 9, 2025

                                              **TAMMI M HELLWIG**

                                                  **Clerk of Court**

                     **BY:**

                                                  **Deputy Clerk**